U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FEB 08 2018

Division: Rome
(USAO: 2015R00861)

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Polk

DISTRICT COURT NO.  4:18-CR-003
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment
DATE: February 8, 2018

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
CHRISTOPHER JARMAN DAVIS

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?   X Yes   No
Is the defendant in custody on this charge or other conviction?   On another conviction
Is the defendant awaiting trial on other charges?   Yes   X No
  Other charges:
  Name of institution:

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Katherine M. Hoffer
Defense Attorney: