U.S. Department of Justice
United States Attorney

February 8, 2018
Date Submitted

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

Indictment/Information

v.

CHRISTOPHER JARMAN DAVIS

UNDER SEAL
February 8, 2018
Date of Indictment

### REQUEST FOR ARRAIGNMENT – In Local Custody

Christopher Jarman Davis
(Name)
Dooley State Prison
(Institution)

February 5, 2018
(Date Verified)

ATTORNEY FOR DEFENDANT

Other defendants previously arraigned (or now set for arr.)

Katherine M. Hoffer
Assistant United States Attorney