# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs <br><br> CHRISTOPHER JARMAN DAVIS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) **CASE NO.** <br> **4:18-CR-00003-9-WEJ** |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Roger C. Wilson is hereby appointed to represent Defendant Christopher Jarman Davis.

This 9th day of March, 2018.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE